



# MEMORANDUM OPINION

No. 04-11-00909-CV

Paul **WALKER**,
Appellant

v.

**HOLT TEXAS, LTD. D/B/A HOLT CAT**,
Appellee

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-08396
Honorable Martha Tanner, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice

Delivered and Filed:  March 14, 2012

DISMISSED

The appellant has filed an unopposed motion to dismiss this appeal, stating the parties have settled all claims and controversies. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM